1  **QUILL & ARROW LLP**
　　Kevin Y. Jacobson, Esq. (SBN 320532)
2  kjacobson@quillarrowlaw.com
　　Matthew K. Treybig, Esq. (SBN 336797)
3  mtreybig@quillarrowlaw.com
　　10880 Wilshire Blvd., Suite 1600
4  Los Angeles, CA 90024
5
6  Attorneys for Plaintiff,
7  **VANESSA AMAYA**
8  **SHOOK, HARDY & BACON L.L.P.**
　　Amir Nassihi, Esq. (SBN 235935)
9  anassihi@shb.com
　　Rodrigo E. Salas, Esq. (SBN 194462)
10 rsalas@shb.com
　　555 Mission Street, Suite 2300
11 San Francisco, CA 94105
12
13 Jessica Wahl, Esq. (SBN 321887)
　　jwahl@shb.com
14 5 Park Plaza, Suite 1600
　　Irvine, CA 92614
15
16
17 Attorneys for Defendant,
　　**NISSAN NORTH AMERICA, INC.**

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| VANESSA AMAYA, an individual, | Case No: 5:23-cv-00875-SSS-SHK |
|---|---|
| Plaintiff, vs. | Judge: Hon. Sunshine Suzanne Sykes |
| NISSAN NORTH AMERICA, INC., a Delaware Corporation, and DOES 1 through 10, inclusive, | Magistrate Judge: Hon. Shashi H. Kewalramani |
| Defendants. | **JOINT NOTICE OF SETTLEMENT** |

**TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that Plaintiff, VANESSA AMAYA, and Defendant, NISSAN NORTH AMERICA, INC., (the "Parties"), jointly, write to advise this Court that they have settled this matter. The Parties request that the Court vacate any upcoming hearings and deadlines while the performance of the settlement terms is pending.

Once all terms of the settlement are completed and payment is received by Plaintiff, the Parties shall file an executed Stipulation of Dismissal of the entire action with prejudice. The Parties expect to file the dismissal papers within 120 days.

Based on the foregoing, the Parties respectfully request that the Court Order that this action be dismissed without prejudice and the Court continue to retain jurisdiction over this action to enforce the terms of the settlement agreement.

Dated: July 5, 2024,        QUILL & ARROW LLP

By _____
Kevin Y. Jacobson, Esq.
Matthew K. Treybig, Esq.
Attorneys for Plaintiff,
VANESSA AMAYA

Dated: July 5, 2024,        SHOOK, HARDY & BACON L.L.P.

By: /s/ Rodrigo E. Salas
Amir Nassihi, Esq.
Rodrigo E. Salas, Esq.
Jessica Wahl, Esq.
Attorneys for Defendant,
NISSAN NORTH AMERICA, INC.