**QUILL & ARROW LLP**
Kevin Y. Jacobson, Esq. (SBN 320532)
kjacobson@quillarrowlaw.com
Matthew K. Treybig, Esq. (SBN 336797)
mtreybig@quillarrowlaw.com
10880 Wilshire Boulevard, Suite 1600
Los Angeles, CA 90024
Telephone: (310) 933-4271
Facsimile: (310) 889-0645
Attorneys for Plaintiff,
**VANESSA AMAYA**

**SHOOK, HARDY & BACON L.L.P.**
Amir Nassihi, Esq. (SBN 235936)
anassihi@shb.com
Rodrigo E. Salas, Esq. (SBN 194462)
rsalas@shb.com
555 Mission Street, Suite 2300
San Francisco, CA 94105
Jessica Wahl, Esq. (SBN 321887)
jwahl@shb.com
5 Park Plaza, Suite 1600
Irvine, CA 92614
Attorneys for Defendant,
**NISSAN NORTH AMERICA, INC.**

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| VANESSA AMAYA, an individual,<br><br>        Plaintiff,<br><br>vs.<br><br>NISSAN NORTH AMERICA, INC., a Delaware Corporation, and DOES 1 through 10, inclusive,<br><br>        Defendants. | Case No.: 5:23-cv-00875-SSS-SHK<br><br>*Assigned Judge: Sunshine Suzanne Sykes*<br><br>**STIPULATION AND [PROPOSED] ORDER OF DISMISSAL** |

# STIPULATION

Pursuant to Federal Rule of Civil Procedure 41(a)(1), IT IS HEREBY STIPULATED, by and between Plaintiff, VANESSA AMAYA, and Defendant, NISSAN NORTH AMERICA, INC., (hereafter "the Parties"), by and through their respective counsel of record, that the entire above-captioned action be dismissed with prejudice in accordance with the terms of the written settlement agreement entered into between the Parties.

Upon order of the Court and upon such terms and conditions as the Court deems proper, the Parties respectfully request that this action be dismissed with prejudice and that the Court continue to retain jurisdiction over the terms of the Parties' settlement agreement.

Dated: December 2, 2024,            **QUILL & ARROW, LLP**

By _____
Kevin Y. Jacobson, Esq.
Matthew K. Treybig, Esq.
Attorneys for Plaintiff,
**VANESSA AMAYA**

Dated: December 2, 2024,            **SHOOK, HARDY & BACON L.L.P.**

By *//s// Rodrigo E. Salas*
Amir Nassihi, Esq.
Rodrigo E. Salas, Esq.
Jessica Wahl, Esq.
Attorneys for Defendant,
**NISSAN NORTH AMERICA, INC.**

## SIGNATURE ATTESTATION

Pursuant to Local Rule 5-4.3.4(a)(2)(i), I hereby certify that the content of this document is acceptable to <u>Rodrigo E. Salas</u>, Esq. counsel for NISSAN NORTH AMERICA, INC., and that I have obtained authorization to affix his electronic signature to this document.

**QUILL & ARROW, LLP**

/s/
Kevin Y. Jacobson, Esq.
Matthew K. Treybig, Esq.
Attorneys for Plaintiff,
**VANESSA AMAYA**