# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| VANESSA AMAYA, an individual, | Case No.: 5:23-cv-00875-SSS-SHKx |
| Plaintiff, | |
| vs. | *Assigned Judge: Sunshine Suzanne Sykes* |
| | **ORDER OF DISMISSAL** |
| NISSAN NORTH AMERICA, INC., a Delaware Corporation, and DOES 1 through 10, inclusive, | |
| Defendants, | |

1 | Based on the stipulation of the parties, and good cause appearing therefore, the stipulation is granted. The entire action, including all claims and counterclaims stated herein against all parties, is hereby ORDERED dismissed with prejudice.

**IT IS SO ORDERED.**

DATE: December 5, 2024          By:_____
                                Hon. Sunshine Suzanne Sykes
                                United States District Judge